**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-7482**

———————

KEVIN A. REILLY,

                    Petitioner – Appellant,

            v.

LARRY CARTLEDGE, Warden of Perry Correctional Institute,

                    Respondent - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.   Solomon Blatt, Jr., Senior
District Judge.   (0:12-cv-03503-SB)

———————

Submitted:  January 15, 2015          Decided:  January 21, 2015

———————

Before WILKINSON and NIEMEYER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Kevin A.  Reilly, Appellant  Pro  Se.  Alphonso  Simon,  Jr.,
Assistant  Attorney  General,  Donald  John  Zelenka,  Senior
Assistant  Attorney  General,  Columbia,  South  Carolina,  for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin A. Reilly seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2012) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Reilly has not made the requisite showing. Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately

2

presented in the materials before this court and argument would not aid the decisional process.

DISMISSED